29 A.3d 367

COMMONWEALTH of Pennsylvania, Respondent

v.

Jeffrey Peter THOMPSON, Petitioner.

Supreme Court of Pennsylvania.

Sept. 20, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of September, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**